COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:    01-11-00325-CV

Trial Court Cause
Number:    0866374

Style:    Miner Dederick Construction, LLP

    **v** Gulf Chemical & Metallurgical Corporation

Date motion filed[*]:    January 17, 2013

Type of motion:    Motion for Leave to Amend Motion for Rehearing

Party filing motion:    Appellant

Document to be filed:

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ <u>Laura C. Higley</u>
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: <u>January 22, 2013</u>